NO. 07-05-0326-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



NOVEMBER 8, 2005


______________________________



ERNIE A. TUCKER d/b/a AGRI-BUSINESS INSURANCE AGENCY,



 Appellant

v.



ANCO U.S. PRODUCERS GROUP OF LUBBOCK, INC.,



 Appellee

_________________________________



FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;



NO. 2004-527,799; HON. MACKEY K. HANCOCK, PRESIDING


_______________________________


 

ON MOTION TO DISMISS


________________________________



Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

 Ernie A. Tucker, d/b/a Agri-Business Insurance Agency, appellant, has filed a
motion to dismiss this appeal because he no longer wishes to pursue it. Counsel for Anco
U.S. Producers Group of Lubbock, Inc., appellee, agreed to the motion. Without passing
on the merits of the case, we grant the motion per Texas Rule of Appellate Procedure
42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith. 

 Brian Quinn

 Chief Justice



="BR2">





Do not publish.